CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
APR 28 2011
JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAVID W. WILLIAMS<br>Plaintiff, | Civil Action No. 7:11-cv-00123 |
| v. | **ORDER** |
| R.C. MATHENA, et al.,<br>Defendants. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED**

that this case is **DISMISSED without prejudice** and the action is **STRICKEN** from the active docket of the court. Plaintiff may refile his claims in a new and separate action at a time of his choice.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 28th day of April, 2011.

/s/ Jackson L. Kiser
Senior United States District Judge